RECEIVED
IN ALEXANDRIA, LA.
OCT 07 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLARD ALLEN,<br>      Petitioner | CIVIL ACTION<br>CV09-0218-A |
| VERSUS | |
| WARDEN BURL CAIN,<br>      Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Allen's habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Allen's request for further employment of the tape expert is DENIED.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this 7'_ day of October, 2010.

                                              DEE D. DRELL
                                UNITED STATES DISTRICT JUDGE